UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60967-CIV-SINGHAL/VALLE

JACK MARKARIAN,

    Plaintiff,

v.

SARRELL, SARRELL & BENDER, P.L.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On June 7, 2021, the Court ordered Plaintiff to file a notice of voluntary dismissal by June 28, 2021. *See* (DE [6]). The time for compliance has passed, and Plaintiff has not yet filed a notice of voluntary dismissal. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 6, 2021**, Plaintiff shall comply with the requirements of the June 7 Order and file a notice of voluntary dismissal. Failure to comply will result in an order of dismissal without prejudice. Plaintiff is strongly encouraged at this time to comply sooner rather than later.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2021.

                                                                                        _____
                                                                                        RAAG SINGHAL
                                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF